**Motion Dismissed; Petition for Writ of Habeas Corpus Dismissed and Memorandum Opinion filed May 23, 2023.**



In The

# Fourteenth Court of Appeals

NO. 14-23-00038-CV

## IN RE KYLE FRENCH, Relator

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**280th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-83581**

## MEMORANDUM OPINION

On January 20, 2023, relator Kyle French filed a petition for writ of habeas corpus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator effectively asks this Court to declare void an order signed October 24, 2022 holding relator in contempt of court and committing him

to county jail.[1] After amending his petition to comply with the Texas Rules of Appellate Procedure, relator filed a motion for temporary relief requesting that he be released from custody and restraint. This Court requested a response to relator's motion for temporary relief from the real party in interest, Caroline Black, by February 28, 2023.

On March 9, 2023, the Court granted Black's motion to extend time to respond to relator's motion for temporary relief until March 23, 2023. Black requested the additional time to supplement the record with proceedings that took place in the trial court on February 21, 2023 (jail review hearing with the parties agreeing to the immediate release of relator) and an order signed by the trial court on February 24, 2023 (commuting Kyle French's sentence to time served, releasing Kyle French from incarceration, and modifying protective order). To date, Black has not filed a response to relator's motion for temporary relief. Further, Black has not supplemented the record.

Based on the information set forth in Black's motion to extend time, on March 9, 2023, we requested that relator inform this Court on or before March 23, 2023, of any changes in the trial court cause's status, supplement the record with any orders and hearing transcripts that are material to the relief relator seeks, and advise this Court whether the relief requested in relator's petition for a writ of habeas corpus has been resolved. Relator has neither advised this Court of the trial court status nor supplemented the record.

---

[1] The Honorable Barbara Stalder signed the October 24, 2022 order holding relator in contempt of court and committing relator to county jail. After December 31, 2022, Judge Stalder ceased to hold the office of judge of the 280th District Court, Harris County, Texas. The Honorable Damiane Curvey now presides over the 280th District Court, Harris County, Texas.

On March 28, 2023, the Court notified relator that, unless relator demonstrates this Court's jurisdiction on or before April 6, 2023, relator's petition for writ of habeas corpus may be dismissed for want of jurisdiction. Relator filed a motion to extend the deadline to file additional documents, which we granted until May 2, 2023. In this Court's April 18, 2023 order granting relator additional time, this Court notified that "on or before May 2, 2023, relator shall file with this Court evidence that demonstrates this Court's jurisdiction or his petition for writ of habeas corpus will be dismissed for want of jurisdiction." Relator has neither filed additional documents nor any pleading demonstrating this Court's jurisdiction.

Accordingly, we dismiss relator's petition for writ of habeas corpus for want of jurisdiction. Additionally, relator's motion for temporary relief is dismissed as moot.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.